UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LONNELL G. GLOVER, *et al.*,

Defendants.

Crim. Action No. 07-153 (TFH)

## ORDER

This order serves to memorialize the rulings issued during the status conference held today in open court. Accordingly, for the reasons set forth during the status conference, it hereby is **ORDERED** that:

1. The parties' pending motions seeking additional time to file pretrial motions and responsive briefs are **GRANTED**. This applies to Docket Nos. 206, 207, 215, 241, 244, 251, and 266.

2. The defendants' pending motions to adopt and conform co-defendants' motions are **GRANTED** with the proviso that each defendant shall file a notice identifying the specific motion(s) he or she is adopting and conforming. This applies to Docket Nos. 211, 216, 229, 236, 240, 271, and 273.[1]

3. All remaining pretrial motions shall be due to be filed no later than August 4, 2008. This does not preclude the defendants from filing subsequent motions addressing issues that arise later in the case if the issues involve matters that are not ripe for consideration by the aforementioned due date.

4. Memoranda of points and authorities in opposition to the pretrial motions shall be due to be filed no later than August 18, 2008.

5. Reply memoranda responding to the opposition briefs shall be due to be filed no later than August 25, 2008.

---

[1] The Court notes that Joe Brown's motion [Docket No. 271] contained the required notice so no other action is required by him unless he elects to adopt and conform other motions that were not identified in his motion.

6. The parties shall appear for a status conference on September 3, 2008 at 2:00 p.m. in Courtroom 25A.

7. The parties shall appear for a hearing(s) to present arguments regarding the pending pretrial motions and/or for evidentiary hearings on September 8, 2008 and, if necessary, September 9, 2008. The hearing(s) will begin at 9:30 a.m. in Courtroom 25A.

8. The parties shall appear for a pretrial conference on September 15, 2008, at 2:00 p.m. in Courtroom 25A, during which they shall be prepared to discuss any evidentiary issues expected to arise during the trial, the number of witnesses the parties anticipate will testify during the trial, whether any of those witnesses will be character witnesses, and the status of any stipulations, among other matters. In addition, the United States shall be prepared to discuss a schedule for the disclosure of *Jencks/Giglio* materials.

9. The United States shall provide the notice required by Rule 404(b) of the Federal Rules of Evidence no later than September 15, 2008.

10. The trial will begin on October 6, 2008 at 9:30 a.m. in Courtroom 25A. On that date, the parties shall be prepared to begin jury selection. The presentation of evidence will begin on October 20, 2008. At this juncture, the Court anticipates that the jury will sit four days a week, Monday through Thursday. The Court will be in recess on Fridays.

11. The defendants will be divided into two groups for trial. Accordingly, the following defendants will be in the first group set to begin trial on October 6, 2008: Lonnell Glover, Velma Williams, Cornell Glover, Henry Brown, Jerome Hampton, Lena Brown, and Ronald Cook.

12. The following defendants will be in the second group set to begin trial on a date to be determined at the next status conference: John Smith, Herbert Young, Charles Gladden, Joe Brown, James Taylor, and John Washington.

13. Jerome Hampton and the United States shall appear for a hearing to address the pending Motion To Review Bond [Docket No. 200] on July 28, 2008 at 2:00 p.m. in Courtroom 25A.

14. Charles Gladden and the United States shall appear for a status conference regarding Mr. Gladden's medical issues on July 29, 2008 at 10:00 a.m. in Courtroom 25A.

**SO ORDERED.**

July 23, 2008

Thomas F. Hogan
United States District Judge

2