**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 07-CR-153(1) (TFH)** |
| *v.* : | |
| : | |
| **LONNELL GLOVER ET. AL,** : | |

## ORDER

Upon consideration of Defendant's Defendant Glover's Motion to Suppress Evidence Obtained from Interception of Communications In and Within the Vicinity of a 1998 Chevrolet Pickup Truck, D.C. Registration BZ0597 and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition thereto, it is this \_\_\_\_ day of _____, 2008, hereby

**ORDERED,** that Defendant's Motion is **GRANTED**.

_____
**THOMAS F. HOGAN**
**UNITED STATES DISTRICT JUDGE**

**cc:**

The Parties via ECF