UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LONNELL G. GLOVER, et al.,<br><br>                  Defendants. | Criminal Action No. 07-153 (TFH) |

## ORDER

Pending before the Court are the following pretrial motions filed by the defendants: (1) Jerome Hampton's Motion To Dismiss Indictment [Docket No. 210]; (2) Lonnell Glover's Motion For Discovery Of Co-Defendant And Co-Conspirator Statements [Docket No. 228], which was joined by John Smith, Velma Williams and Charles Gladden; (3) Lonnell Glover's Motion To Disclose Identities Of Each Confidential Informant Regardless Of Whether They Will Be Called At Trial [Docket No. 231], which was joined by John Smith, Velma Williams, Charles Gladden and Herbert Young; (4) Velma Williams' Motion For A Bill Of Particulars And Memorandum Of Law In Support Thereof [Docket No. 237]; (5) Velma Williams' Motion For Disclosure Of Confidential Informants, For Timely Disclosure Of *Brady/Giglio* Exculpatory Evidence, And For Early Production Of *Jencks* Material And Memorandum Of Points And Authorities In Support Thereof [Docket No. 239], which was joined by Joe Brown, John Smith, Jerome Hampton, Lonnell Glover, Charles Gladden, and Herbert Young; (6) Lena Brown's Motion For Severance And Relief From Prejudicial Joinder With Points And Authorities In Support Thereof [Docket No. 196]; (7) Jerome Hampton's Motion To Sever Defendants (Relief From Prejudicial Joinder Under Rule 14) [Docket No. 290]; (8) Velma Williams' Motion To

Suppress Any Evidence Der[ived] From Warrantless Searches Conducted In Violation Of The Fourth Amendment [Docket No. 242]; and (9) Lonnell Glover's Motion To Suppress Physical Evidence And Memorandum Of Points And Authorities In Support Thereof [Docket No. 252].

For the reasons set forth in the accompanying Memorandum Opinion, it hereby is

**ORDERED** that the following motions are **DENIED**:

(1) Jerome Hampton's Motion To Dismiss Indictment [Docket No. 210];

(2) Lonnell Glover's Motion For Discovery Of Co-Defendant And Co-Conspirator Statements [Docket No. 228], which was joined by John Smith, Velma Williams and Charles Gladden;

(3) Lonnell Glover's Motion To Disclose Identities Of Each Confidential Informant Regardless Of Whether They Will Be Called At Trial [Docket No. 231], which was joined by John Smith, Velma Williams, Charles Gladden and Herbert Young;

(4) Velma Williams' Motion For A Bill Of Particulars And Memorandum Of Law In Support Thereof [Docket No. 237];

(5) Velma Williams' Motion For Disclosure Of Confidential Informants, For Timely Disclosure Of *Brady/Giglio* Exculpatory Evidence, And For Early Production Of *Jencks* Material And Memorandum Of Points And Authorities In Support Thereof [Docket No. 239], which was joined by Joe Brown, John Smith, Jerome Hampton, Lonnell Glover, Charles Gladden, and Herbert Young;

(6) Lena Brown's Motion For Severance And Relief From Prejudicial Joinder With Points And Authorities In Support Thereof [Docket No. 196];

(7) Jerome Hampton's Motion To Sever Defendants (Relief From Prejudicial Joinder Under Rule 14) [Docket No. 290]; and

(8) Velma Williams' Motion To Suppress Any Evidence Der[ived] From Warrantless Searches Conducted In Violation Of The Fourth Amendment [Docket No. 242].

It also is

**ORDERED** that Lonnell Glover's Motion To Suppress Physical Evidence And

Memorandum Of Points And Authorities In Support Thereof [Docket No. 252] is **DENIED IN PART**.

**SO ORDERED.**

October 3rd, 2008

_____
Thomas F. Hogan
United States District Judge