UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LONNELL G. GLOVER, et al.,<br><br>　　　　　　　　Defendants. | Criminal Action No. 07-153 (TFH) |

## ORDER

Pending before the Court are Defendant Lonnell Glover's Motion To Suppress Evidence Obtained From Interception Of Wire Communications And Seizure Of Electronic Communications [Docket No. 232] and Defendant Lonnell Glover's Motion To Suppress Evidence Obtained From Interceptions Of Communications In And Within The Vicinity Of A 1998 Chevrolet Pickup Truck, District Of Columbia Registration BZ0597 [Docket No. 293]. For the reasons set forth in the accompanying Memorandum Opinion, it hereby is

**ORDERED** that Defendant Lonnell Glover's Motion To Suppress Evidence Obtained From Interception Of Wire Communications And Seizure Of Electronic Communications [Docket No. 232] is **DENIED**. It also is

**ORDERED** that Defendant Lonnell Glover's Motion To Suppress Evidence Obtained From Interceptions Of Communications In And Within The Vicinity Of A 1998 Chevrolet Pickup Truck, District Of Columbia Registration BZ0597 [Docket No. 293] is **DENIED**. Finally, it is

**ORDERED** that Government's Request For Leave To File A Response To Defendants' Reply To Government's Response To Defendant's Several Motions To Suppress The Results Of

Court Ordered Electronic Surveillance [Docket No. 328] is **GRANTED**.

**SO ORDERED.**

October 27, 2008

_____
Thomas F. Hogan
United States District Judge